UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

───────

No. 6:26-cv-00058

───────

**John Rangel,**

*Plaintiff,*

v.

**Texas Department of Criminal Justice et al.,**

*Defendants.*

───────

# ORDER

Plaintiff, a Texas Department of Criminal Justice prisoner proceeding pro se, filed this lawsuit under 42 U.S.C. § 1983. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that the case be dismissed for plaintiff's failure to prosecute and failure to comply with a court order. Doc. 5 at 2. Plaintiff received the report (Doc. 6) but did not file objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. This case is dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on May 6, 2026.*

_____

J. CAMPBELL BARKER
United States District Judge

- 1 -